FILED by KS D.C.

Feb 15, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20050-CR-ALTONAGA/TORRES

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

BEKENVAWER AGUILAR-HURTADO,
DANIEL SOLORIO-MESQUELA, and
DANIEL QUINTERO,

    **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on an unknown date and continuing through on or about January 23, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**BEKENVAWER AGUILAR-HURTADO,
DANIEL SOLORIO-MESQUELA, and
DANIEL QUINTERO,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of the defendants' own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about January 23, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**BEKENVAWER AGUILAR-HURTADO,
DANIEL SOLORIO-MESQUELA, and
DANIEL QUINTERO,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **BEKENVAWER AGUILAR-HURTADO, DANIEL SOLORIO-MESQUELA,** and **DANIEL QUINTERO,** have an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 46, United States Code, Sections 70503 and/or 70506, as alleged in Counts 1 and 2 of this Indictment, the defendants

shall forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that was used or intended for use to commit, or facilitate the commission of, such violation, pursuant to Title 46, United States Code, Section 70507(a).

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MARC CHATTAH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Bekenvawer Aguilar-Hurtado, et al.,

_____ Defendants/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)   ☐ Yes   ☐ No
Number of new defendants _____
Total number of counts _____

**Court Division:** (Select One)
☑ Miami   ☐ Key West   ☐ FTL
☐ WPB   ☐ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**
4. This case will take **5** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ☑
   II   6 to 10 days       ☐
   III  11 to 20 days      ☐
   IV   21 to 60 days      ☐
   V    61 days and over   ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Marc Chattah
Assistant United States Attorney
FLA Bar No.     27586

*Penalty Sheet(s) attached                                                                 REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** BEKENVAWER AGUILAR-HURTADO

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

---

* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** DANIEL SOLORIO-MESQUELA

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty: Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** DANIEL QUINTERO

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70506(b)

*Max. Penalty:  Life Imprisonment

Count #: 2

Possession with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States.

Title 46, United States Code, Section 70503(a)(1)

*Max. Penalty:  Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.