# MINUTE ORDER

Page 16

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 2/18/2022   Time: 2:00 p.m.

Defendant: 1) BEKENVAWER AGUILAR HURTADO   J#: 02794-506   Case #: 22-CR-20050-ALTONAGA

AUSA: Frank Tamen   Attorney: Helaine Batoff

Violation: Consp to PWID cocaine while on board a vessel subject to the jurisdiction U.S.   Surr/Arrest Date: 2/16/2022   YOB: 1974

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

**Bond Set**: $250,000 corporate surety with nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
Defendant sworn – **AFPD APPOINTED**
The parties STIPULATE to bond, with the right to revisit – NO HEARING HELD

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
*Arraignment:*   *2/25/22*   *10:00*   *Miami Duty*
Status Conference RE:
D.A.R. 14:53:18   Time in Court: 2

s/Edwin G. Torres   Chief Magistrate Judge